MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5045
    FAX: (408) 535-5066
    jeff.nedrow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 99-20143-DLJ |
|     Plaintiff, ) | |
|   v. ) | STIPULATION TO CONTINUE STATUS HEARING AND ORDER |
| MARTIN BARRAGAN, ) | |
|     Defendant. ) | |

    The United States, through its counsel Jeff Nedrow, and defendant Martin Barragan through his counsel Robert Byers, hereby agree and stipulate to continue the status conference in this case presently scheduled for Thursday, June 19, 2014 at 9:00 a.m. to Monday, July 10, 2014 at 9:00 a.m. before this Court. This continuance is requested for the following reasons:

    Counsel for the government is unavailable on June 19, 2014, and counsel for defendant Byers is unavailable on June 26, 2014. In addition, the government and the defense are currently discussing issues pertinent to a potential disposition in this case. Additional time is needed for the defense to investigate and prepare its position on those issues. For these reasons, the parties respectfully request

UNITED STATES' STIPULATION
TO CONTINUE STATUS CONFERENCE
Cr 99-20143-DLJ

1  that the Court continue the status conference in this case from June 19, 2014 to July 10, 2014 at 9:00
2  a.m.

3        The parties further stipulate that the time period from June 19, 2014 through July 10, 2014
4  should be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(B)(iv) in order
5  to provide for continuity of counsel, in light of the respective schedules of government and defense
6  counsel, as well as to permit effective defense preparation for considering a possible negotiation and/or
7  trial in this case, as well as in the interest of justice, pursuant to §3161(h)(7)(A). A proposed order is
8  attached.

9
10
11      It is so stipulated.
12                                                Respectfully submitted,
13  Dated:
14                                                MELINDA HAAG
15                                                UNITED STATES ATTORNEY
16                                                _____/s/_____
17                                                JEFFREY D. NEDROW
                                              Assistant United States Attorney
18
                                              _____/s/_____
19
                                              ROBERT BYERS
20                                                Attorney for Martin Barragan

21
22                                                <u>ORDER</u>
23      Based on the stipulation of the parties and the facts set forth herein, good cause
24  appearing,
25      IT IS HEREBY ORDERED that date of the status conference in this case is continued from
26  June 19, 2014 to July 10, 2014 at 9:00 a.m. before this Court. **IT IS HEREBY ORDERED** that the
27  status conference date scheduled for June 19, 2014 is vacated and that the new status conference is set
28

UNITED STATES' STIPULATION
TO CONTINUE STATUS CONFERENCE
Cr 99-20143-DLJ

for July 10, 2014 at 9:00 a.m. The Court further finds that the ends of justice that will be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, and that for the reasons stated in the stipulation, i.e. continuity of counsel and effective defense investigation and preparation, an exclusion of time is appropriate.  Accordingly, **IT IS HEREBY ORDERED** that, for the reasons stated in the current stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED during the time period from June 19, 2014, through July 10, 2014  pursuant to 18 U.S.C. §§  3161(h)(7)(A) and (B)(iv), due to the need to provide defendant with continuity of counsel, as well as to permit effective defense investigation and preparation for a possible negotiation and/or trial in this case, and in the interests of justice.

Dated this ____ day of June, 2014.

D. LOWELL JENSEN
United States District Judge

UNITED STATES' STIPULATION
TO CONTINUE STATUS CONFERENCE
Cr 99-20143-DLJ