1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JEFFREY D. NEDROW (CABN 161299)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5045
7       FAX: (408) 535-5066
        jeff.nedrow@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,           ) Case No.: CR 99-20143-DLJ
14                                     )
        Plaintiff,                     )
15                                     ) STIPULATION TO CONTINUE STATUS
     v.                                ) HEARING AND ORDER
16                                     )
                                       )
17 MARTIN BARRAGAN,                    )
                                       )
18      Defendant.                     )

19
        The United States, through its counsel Jeff Nedrow, and defendant Martin Barragan through his
20
   counsel Robert Byers, hereby agree and stipulate to continue the status conference in this case presently
21
   scheduled for Thursday, August 21, 2014 at 9:00 a.m. to Thursday, September 18, 2014 at 9:00 a.m.
22
   before this Court.   This continuance is requested for the following reasons:
23
        Counsel for defendant Barragan is unavailable on August 21, 2014 as a result of his involvement
24
   in a felony mayhem trial in Alameda County Superior Court.  In addition, the government and the
25
   defense are currently discussing issues pertinent to a potential disposition in this case.  Additional time
26
   is needed for the defense to investigate and prepare its position on those issues.  For these reasons, the
27

28
   UNITED STATES' STIPULATION
   TO CONTINUE STATUS CONFERENCE
   Cr 99-20143-DLJ

parties respectfully request that the Court continue the status conference in this case from August 21, 2014 to September 18, 2014 at 9:00 a.m.

The parties further stipulate that the time period from August 21, 2014 through September 18, 2014 should be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(B)(iv) in order to provide for continuity of counsel, in light of defense counsel's unavailability on August 21, 2014, as well as in the interest of justice to permit effective defense preparation for considering a possible negotiation and/or trial in this case, pursuant to §3161(h)(7)(A). A proposed order is attached.

It is so stipulated.

Respectfully submitted,

Dated:  August 18, 2014

MELINDA HAAG
UNITED STATES ATTORNEY

_____/s/_____

JEFFREY D. NEDROW
Assistant United States Attorney

_____/s/_____

ROBERT BYERS
Attorney for Martin Barragan

## ORDER

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that date of the status conference in this case is continued from August 21, 2014 to September 18, 2014 at 9:00 a.m. before this Court. **IT IS HEREBY ORDERED** that the status conference date scheduled for August 21, 2014 is vacated and that the new status conference is set for September 18, 2014 at 9:00 a.m. The Court further finds that the ends of justice that will be served by granting a continuance outweigh the best interests of the public and the defendant in a

UNITED STATES' STIPULATION
TO CONTINUE STATUS CONFERENCE
Cr 99-20143-DLJ

speedy trial, and that for the reasons stated in the stipulation, i.e. continuity of counsel and effective defense investigation and preparation, an exclusion of time is appropriate.  Accordingly, **IT IS HEREBY ORDERED** that, for the reasons stated in the current stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED during the time period from August 21, 2014, through September 18, 2014  pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), due to the need to provide defendant with continuity of counsel in light of defense counsel's unavailability as a result of his involvement in a mayhem trial in Alameda Superior Court, as well as to permit effective defense investigation and preparation for a possible negotiation and/or trial in this case, and in the interests of justice.

Dated this  FJ  day of August, 2014.

_____
D. LOWELL JENSEN
United States District Judge

UNITED STATES' STIPULATION
TO CONTINUE STATUS CONFERENCE
Cr 99-20143-DLJ